UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __3/11/21_____

v.                                              16-CR-311 (KMW)

**ORDER**

TERRELL STEVENS,

                Defendant.

---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On March 10, 2021, Defendant Terrell Stevens moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (ECF No. 465.) Defendant also requested that the Court appoint counsel to assist with this motion. (*Id.*)

No later than March 26, 2021, the Government shall respond to Defendant's motion for a sentence reduction.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
       March 11, 2021

                                                       */s/ Kimba M. Wood*
                                                        KIMBA M. WOOD
                                            United States District Judge