UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

       v.

TERRELL STEVENS,

              Defendant.
---------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/21_____
```

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On March 10, 2021, Defendant Terrell Stevens moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).   (ECF No. 465 (the "Motion").)   Defendant also requested that the Court appoint counsel to assist with the Motion.   (*Id.*)   The Government was ordered to respond to the Motion by March 26, 2021.   (ECF No. 466.)

On March 19, 2021, Stevens filed an additional document, entitled "Affidavit of Truth, Due Process Violation, Breach of Plea."   (ECF No. 468.)   In light of this filing, it is hereby ORDERED that:

1. The Government's deadline to respond to the March 10, 2021, Motion is extended to April 9, 2021.

2. In its April 9, 2021, response to the March 10, 2021 Motion, the Government shall respond also to the arguments made in Defendant's March 19, 2021 submission (ECF No. 468).

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
        March 25, 2021

                                                  */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                          United States District Judge