USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/21_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    v.

TERRELL STEVENS,

                      Defendant.
--------------------------------------------------------X

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On April 12, 2021, an Opinion and Order was issued (ECF No. 473) (the "April 12 Opinion") in which the Court, among other things, appointed CJA counsel Lance A. Clarke to assist Defendant in connection with a *pro se* submission dated March 19, 2021 (ECF No. 468). Defendant was ordered to respond to the directives set forth in the April 12 Opinion by June 2, 2021. Instead, on June 3, 2021 the Court received a further *pro se* submission, addressed to the United States Court of Appeals for the Second Circuit. (ECF No. 479.)

    It is hereby ORDERED that, by June 11, 2021, CJA counsel shall file a letter (i) updating the Court on the status of Defendant's responses to the April 12, 2021 Opinion; and (ii) explaining why Defendant failed to meet the June 2, 2021 deadline.

Dated: New York, New York
       June 7, 2021

                                                */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                          United States District Judge