UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

TERRELL STEVENS,

           Defendant.
---------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __9/28/2022__ |

16-CR-311 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Terrell Stevens moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) or, in the alternative, pursuant to § 3582(c)(1)(B).  (*See* ECF Nos. 532, 533.)  The Government shall respond to Defendant's motions no later than October 28, 2022.  Defendant's reply, if any, must be submitted by December 12, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated:  New York, New York
         September 28, 2022

                                                */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                            United States District Judge