UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>TERRELL STEVENS | 16-CR-311<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The C.J.A attorney assigned to receive cases on this day, YUSUF A. EL ASHMAWY, is hereby ordered to assume representation of the defendant in the above captioned matter for purposes of the Court's consideration of whether the defendant's sentence should be modified in light of Amendment 821.

DATED: January 12, 2024
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge