USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 21, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

TERRELL STEVENS,

       Defendant.

-----------------------------------------------------------x

**ORDER**

No. 16-CR-311

KIMBA M. WOOD, District Judge:

On August 15, 2024, the Court received a motion for a reduction in Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2). (Def.'s Mot., ECF No. 596.) Defendant's motion is similar to a motion that he filed on December 29, 2023. (Def.'s Mot., ECF No. 583.) On January 30, 2024, in response to Defendant's prior motion, the Court reduced Defendant's sentence from 148 to 147 months' imprisonment. (Mem. Endorsement, ECF No. 592; Suppl. Presentence Investigation Report at 3, ECF No. 584.)

Defendant's present motion is DENIED. The Court is not authorized to reduce Defendant's sentence below 147 months' imprisonment, which is the minimum of his amended guideline range. *See* U.S.S.G. § 1B.10(b)(2)(A) & cmt. n.3. The Clerk of Court is respectfully directed to close the pending motions at ECF Nos. 583 and 596, as well as mail a copy of this Order and the Court's prior Memo Endorsement (ECF No. 592) to Defendant.

SO ORDERED.

Dated: New York, New York
      August 21, 2024

                                     */s/ Kimba M. Wood*
                                       KIMBA M. WOOD
                                       United States District Judge